

United States District Court
Southern District of Texas
FILED

SEP 2 5 2003

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. **B-03-171** |
| $9,500, U.S. Currency, | § | |
| $1,000, U.S. Postal Money Order, | § | |
| Assorted Jewelry, | § | |
| 1995 Chevrolet Tahoe, | § | |
| 1994 Chevrolet Silverado, | § | |
| Defendants. | § | |

## GOVERNMENT'S MOTION FOR A SUMMONS AND AN ARREST WARRANT

United States of America, plaintiff, moves for a summons and warrant for the arrest of

defendant properties pursuant to Rule C(3)(a)(i), Supplemental Rules for Certain Admiralty and

Maritime Claims. Rule C(3)(a)(i) states that:

> When the United States files a complaint demanding a forfeiture for violation of a federal
> statute, the clerk must promptly issue a summons and a warrant for the arrest of the . . .
> property. . . .

The government has filed a complaint demanding forfeiture of the listed defendant properties.

The complaint demands forfeiture for violations of 21 U.S.C. § 881(a)(6) and 18 U.S.C.

§981(a)(1)(A). The relevant statute, 21 U.S.C. §881(a)(6), provides that all proceeds traceable to

an exchange for a controlled substance shall be subject to forfeiture to the United States.

Additionally, 18 U.S.C.§981(a)(1)(A) provides that any property involved in a transaction

involving money laundering, 18 U.S.C. §1957, or any property traceable to such property is

subject to forfeiture to the United States.

Accordingly, the government respectfully requests the issuance of an arrest warrant and

summons.

Respectfully submitted,


Michael T. Shelby
United States Attorney

By:

Albert Ratliff
Attorney-in-Charge
NY Bar No. 1073907
SDTX Bar No. 6764
Assistant United States Attorney
United States Attorney's Office
P. O. Box 61129
Houston, Texas  77208
Office (713) 567-9579
Fax (713) 718-3300