UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 2 5 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. B-03-171 |
| $9,500, U.S. Currency, | § | |
| $1,000, U.S. Postal Money Order, | § | |
| Assorted Jewelry, | § | |
| 1995 Chevrolet Tahoe, | § | |
| 1994 Chevrolet Silverado, | § | |
| Defendants. | § | |

ORDER TO ISSUE WARRANT OF ARREST AND SUMMONS

It is ORDERED that the government's motion for a summons and warrant for the arrest of defendant properties pursuant to Rule C(3)(a)(i), Supplemental Rules for Certain Admiralty and Maritime Claims, is granted. The Clerk of the Court shall issue a Warrant of Arrest and Summons for the above listed properties.

Signed on September 25, 2003, at Brownsville, Texas.

HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE