| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | B-03-171 |

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>B-03-171 |
|---|---|
| $9,500.00, U.S. Currency, $1,000, U.S. Postal Money Order, Assorted Jewelry, 1995 Chevrolet Tahoe, 1994 Chevrolet Silverado | TYPE OF PROCESS<br>COMPLAINT |

RECEIVED
UNITED STATES MARSHAL
03 OCT 22 PM 1:21
SOUTHERN DIST OF TX

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>U.S.M.S. |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code) |

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

Albert Ratliff
Assistant United States Attorney
Office of the United States Attorney
PO Box 61129
Houston, Texas 77208-1129

| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

Complaint for Civil Forfeiture Attached

United States District Court
Southern District of Texas
FILED
OCT 28 2003
Michael N. Milby
Clerk of Court

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT

TELEPHONE NUMBER: (713) 567-9579

DATE: September 16, 2003

---

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process No. 1 | District of Origin No. 79 | District to Serve No. 79 | Signature of Authorized USMS Deputy or Clerk | Date 9-29-03 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above).

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 10-17-03
Time: 8:00 am/pm

Signature of U.S. Marshal or Deputy
Isaac Karan, SDUSM

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|
| $45.00 | | | $45.00 | | | |

REMARKS: 10/09/03...Served Complaint on $9,500.00 in U.S. Currency and on $1,000 U.S. Postal Money Orders.   10/17/03...Served jewelry.
10/17/03...Served Complaint on vehicles.

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM 285 (Rev. 12/15/80) |
|---|---|---|

Make (5) copies when form is signed. SEND ORIGINAL + 4 COPIES to USMS. Retain Copy #5 for your file.

WHITE    PINK    YELLOW    BLUE    GREEN