Case 1:03-cv-00171  Document 9  Filed in TXSD on 11/24/2003  Page 1 of 1

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | B-03-171 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| $9,500.00, U.S. Currency, $1,000, U.S. Postal Money Order, Assorted Jewelry, 1995 Chevrolet Tahoe and a 1994 Chevrolet Silverado | PERSONAL SERVICE |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
BEATRICE PALOMINO

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)
309 WEST ALICE STREET, HARLINGEN, TX

United States District Court
Southern District of Texas
FILED
NOV 2 4 2003
Michael N. Milby
Clerk of Court

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

Albert Ratliff
Assistant United States Attorney
Office of the United States Attorney
PO Box 61129
Houston, Texas 77208-1129

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

PLEASE SERVE A COPY OF THE COMPLAINT, NOTICE AND JUDGE PROCEDURES

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: (713) 567-9579
DATE: September 16, 2003

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process No. 1 | District of Origin No. 79 | District to Serve No. 79 | Signature of Authorized USMS Deputy or Clerk | Date 9-29-03 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above).
Laura Palomino / sister of Beatrice Palomino

☒ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)
309 West Alice Street
Harlingen, TX 78550

Date of Service: 11/7/03
Time: 7:30 am

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or Amount of Refund |
|---|---|---|---|---|---|
| $45.00 | $31.68 | | $76.68 | | |

REMARKS:
1st Endeavor on 11/5/03 at around 1:30 pm  44 miles Rnd Trip
2nd Endeavor on 11/5/03 at around 6:30 pm  22 miles Trip
3rd served on 11/7/03 at around 7:30 am  22 miles Trip

PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**

FORM USM 285 (Rev. 12/15/80)

Make (5) copies when form is signed. SEND ORIGINAL + 4 COPIES to USMS. Retain Copy #5 for your file.

WHITE  PINK  YELLOW  BLUE