UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 1 7 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | CIVIL ACTION B-03-171 |
| $9,500, U.S. Currency, § | |
| $1,000, U.S. Postal Money Order, § | |
| Assorted Jewelry, § | |
| 1995 Chevrolet Tahoe, § | |
| 1994 Chevrolet Silverado, § | |

JOINT DISCOVERY/CASE MANAGEMENT PLAN

UNDER RULE 26(f) FEDERAL RULES OF CIVIL PROCEDURE

Please restate the instruction before furnishing the information.

1. State where and when the meeting of the parties required by Rule 26(f) was held and identify the counsel who attended for each party.

On February 12, 2004, Albert Ratliff, AUSA, for the government and Gerardo Linan for the claimant(s) Hugo Villareal and Beatrize Palomino.

2. List the cases related to this one that are pending in any state or federal court with the case number and court.

None

3. Specify the allegation of federal jurisdiction.

This Court has jurisdiction under 28 U.S.C. §1345 because the United States is the plaintiff and under 28 U.S.C. §1355 because this is an action for forfeiture under an Act of congress, 21 U.S.C. §881. Venue is proper in this court under U.S.C. §§ 1391(b), 1395 (a) and (b) because the defendant properties were and are in this district.

4. Name the parties who disagree and the reasons.

    None

5. List anticipated additional parties that should be included, when they can be added, and by whom they are wanted.

    None

6. List anticipated interventions.

    None

7. Describe class-action issues.

    None

8. State whether each party represents that it has made the initial disclosures required by Rule 26(a). If not, describe the arrangements that have been made to complete the disclosures.

    The government will make initial disclosures by February 20, 2004.

    Claimants will make initial disclosures by February, 20, 2004.

9. Describe the proposed agreed discovery plan, including:

A. Responses to all the matters raised in Rule 26(f).

    April 12, 2004

B. When and to whom the plaintiff anticipates it may send interrogatories.

    April 12, 2004

C. When and to whom the defendant anticipates it may send interrogatories.

    April 12, 2004

D. Of whom and by when the plaintiff anticipates taking oral depositions.

    Hugo Alberto Villarreal by April 30, 2004

E. Of whom and by when the defendant anticipates taking oral depositions.

Rodolfo Cesario by April 30, 2004

F. When the plaintiff (or the party with the burden of proof on an issue) will be able to designate experts and provide the reports required by Rule 26(a)(2)(B) and when the opposing party will be able to designate responsive experts and provide their reports.

April 20, 2004 by the government if needed

April 20, 2004 by claimant(s) if needed

G. List expert depositions the plaintiff (or the party with the burden of proof on an issue) anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).

None anticipated by the government.

None anticipated by claimant(s)

H. List expert depositions the opposing party anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).

10. If the parties are not agreed on a part of the discovery plan, describe the separate views and proposals of each party.

11. Specify the discovery beyond initial disclosures that has been undertaken to date.

None

12. State the date the planned discovery can reasonably be completed.

April 30, 2004

13. Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26(f) meeting.

Parties are still exploring settlement.

14. Describe what each party has done or agreed to do to bring about a prompt resolution.

Discussion of a possible resolution by the government.

Discussion of a possible resolution by Claimant(s).

15. From the attorneys' discussion with the client, state the alternative dispute resolution techniques that are reasonably suitable and state when such a technique may be effectively used in this case.

   None by the government.

   None by Claimant(s).

16. Magistrate judges may now hear jury and non-jury trials. Indicate the parties' joint position on a trial before a magistrate judge.

   No opposition by the government.

   No opposition by claimant(s).

17. State whether a jury demand has been made and if it was made on time.

   None by the government.

   None by claimant(s), but jury demand will be made

18. Specify the number of hours it will take to present the evidence in this case.

   8 hours by the government.

   2 hours by claimant(s).

19. List pending motions that could be ruled on at the initial pretrial and scheduling conference.

   None

20. List other motions pending.

   None

21. Indicate other matters peculiar to this case, including discovery, that deserve the special attention of the court at the conference.

   None

22. List the names, bar numbers, addresses and telephone numbers of all counsel.

Albert Ratliff, AUSA
NY Bar No. 1073907
SDTX Bar No. 6764
United States Attorney's Office
P. O. Box 61129
Houston, Texas 77208
Office (713) 567-9579
Fax (713) 718-3300

Counsel for Plaintiff(s) _____ Date 2/17/04

Gerry Linan
Texas Bar No.: 00792647
Federal Id. No.: 18904
Law Office of Gerry Linan
847 East Harrison
Brownsville, Texas 78520
Office: (956)504-2425
Fax: (956)504-2451

Counsel for Defendant(s)_____ Date_____

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION B-03-171 |
| $9,500, U.S. Currency, | § | |
| $1,000, U.S. Postal Money Order, | § | |
| Assorted Jewelry, | § | |
| 1995 Chevrolet Tahoe, | § | |
| 1994 Chevrolet Silverado, | § | |

Scheduling Order

1. Trial: Estimated time to try: __two__ days.         ___ Bench. __ Jury

2. New parties must be joined by:                     _____None_____

   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:    April 30, 2004

4. The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by:                    May 1, 2004

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.*

********************* The court will provide these dates. *************************

6. Dispositive Motions will be filed by: _____

7. Joint pretrial order is due: _____

The plaintiff is responsible for filing the pretrial order on time.

8. Docket Call and final pretrial conference is set for 1:30 p.m. on: _____

9. Jury Selection is set for 9:00 a.m. on: _____

The case will remain on standby until tried.

Signed _____, 20__, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge


*Counsel, please sign on the back.*

*Scheduling Order--Page Two*

Counsel for _U.S.A._     Counsel for _Hugo Villareal_
_Beatrize Palomino_