# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ■ Nicolas   ☐ Levesque |
| DATE | 2 / 17 / 04 |
| TIME | 1:45 p.m. — 1:47 p.m. |
| CIVIL ACTION | B / 03 / 171 |
| STYLE | UNITED STATES OF AMERICA *versus* $9,500, ET AL. |

United States District Court
Southern District of Texas
FILED

FEB 17 2004

Michael N. Milby, Clerk of Court

DOCKET ENTRY

(HGT) ■ Initial Pretrial Conference;        (Court Reporter: Heather Hall)

Attorney(s) for Plaintiff(s):   Albert Ratliff

Attorney(s) for Claimant:   Gerardo Linan

■   Counsel announced themselves for the record and stated they had signed a form consenting to trial before the magistrate. The Judge signed the order transferring the case to the magistrate.