UNITED STATES DISTRICT COURT ☆ SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

United States of America §

versus §   Civil Action No. B-03-171

$9500 U.S. Currency, et al. §

FEB 1 8 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

B-03-171

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waived their right to proceed before a District Judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| Signatures and Typed Names | Party Represented | Date |
|---|---|---|
| [signature] Gerry Linan | Hugo Villareal (claimant) | 2-17-04 |
| [signature] Albert Ratliff | U.S.A. | 2-17-04 |

## ORDER TO TRANSFER

This case is transferred to United States Magistrate Judge **Felix Recio** to conduct all further proceedings, including final judgment.

2/17/04
Date

[signature]
United States District Judge

**NOTE**: *RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.*