CHAMBERS MINUTES

United States District Court
Southern District of Texas
FILED

MAR 1 1 2004

Michael N. Milby
Clerk of Court

Felix Recio, United States Magistrate Judge
Southern District of Texas, Brownsville Division

Date:      March 11, 2004, 2:00 p.m.

-------------------------------------------------------------------

C.A. NO.   B03-171 (636(c))

-------------------------------------------------------------------

| UNITED STATES OF AMERICA | * | Albert Ratliff, AUSA |
| VS | * | |
| $9,500, U.S. CURRENCY, | * | Gerry Linan, attorney for |
| $1,000, U.S. POSTAL MONTY ORDER | * | Claimant Hugo Villarreal |
| ASSORTED JEWELRY, | * | |
| 1995 CHEVROLET TAHOE, | * | |
| And 1994 CHEVROLET SILVERADO | * | |

### INITIAL PRETRIAL & SCHEDULING CONFERENCE

Attorney Albert Ratliff appeared for the Defendant, and attorney Gerry Linan appeared for the claimant.

The parties agreed to the docket dates. A scheduling order will be issued.