UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>　v.<br><br>$9,500, U.S. Currency,<br>$1,000, U.S. Postal Money Order,<br>Assorted Jewelry,<br>1995 Chevrolet Tahoe,<br>1994 Chevrolet Silverado, | §<br>§<br>§<br>§<br>§   CIVIL ACTION B-03-171<br>§<br>§<br>§<br>§<br>§ |

UNOPPOSED MOTION TO CANCEL MOTIONS HEARING

United States moves for cancellation of the scheduled September 15, 2004, motions hearing. There are currently no motions pending in this case. Accordingly the government moves for cancellation of this Court setting.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　Michael T. Shelby
　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　By:　　/s/Albert Ratliff
　　　　　　　　　　　　Albert Ratliff
　　　　　　　　　　　　Attorney-in-Charge
　　　　　　　　　　　　NY Bar No. 1073907
　　　　　　　　　　　　SDTX Bar No. 6764
　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　United States Attorney's Office
　　　　　　　　　　　　P. O. Box 61129
　　　　　　　　　　　　Houston, Texas  77208
　　　　　　　　　　　　Office (713) 567-9579
　　　　　　　　　　　　Fax (713) 718-3300

CERTIFICATE OF CONFERENCE

Attorney Gerardo Ernesto Linan stated that he agrees with this *Unopposed Motion to Cancel Motions Hearing.*

/s/Albert Ratliff
Albert Ratliff
Assistant United States Attorney

CERTIFICATE OF SERVICE

I certify that a true and correct copy of this *Unopposed Motion to Cancel Motions Hearing* was mailed to Attorney Gerardo Ernesto Linan via certified mail, return receipt requested on September 13, 2004.

/s/ Albert Ratliff
Albert Ratliff
Assistant United States Attorney