UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff,<br><br>　v.<br><br>$9,500, U.S. Currency,<br>$1,000, U.S. Postal Money Order,<br>Assorted Jewelry,<br>1995 Chevrolet Tahoe,<br>1994 Chevrolet Silverado, | §<br>§<br>§<br>§<br>§   CIVIL ACTION B-03-171<br>§<br>§<br>§<br>§<br>§ |

Order


It is ORDERED that the September 15, 2004, Motions Hearing is cancelled.

Signed _____, 2004, at Brownsville, Texas.


_____
Felix Recio
United States Magistrate Judge