UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 1 5 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION B-03-171 |
| § | |
| $9,500, U.S. Currency, § | |
| $1,000, U.S. Postal Money Order, § | |
| Assorted Jewelry, § | |
| 1995 Chevrolet Tahoe, § | |
| 1994 Chevrolet Silverado, § | |

Order

It is ORDERED that the September 15, 2004, Motions Hearing is cancelled.

Signed  9-14 , 2004, at Brownsville, Texas.

_____
Felix Recio
United States Magistrate Judge