UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 21 2004

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff, | § | |
| | § | CIVIL ACTION NO. B-03-00171 |
| v. | | |
| $9500.00 UNITED STATES<br>CURRENCY, et al.<br>Defendant. | § | |

## UNOPPOSED MOTION TO CONTINUE

United States of America, plaintiff, files this motion for a 60 day continuance of the pretrial conference and jury selection, and would show as follows:

Under the Court's scheduling order (Dkt #16) this case is set for pretrial conference and for jury selection on November 2 and 4, 2004, respectively. The parties have discuss settling this case and negotiations in that regard were ongoing. However, Assistant United States Attorney, Albert Ratliff, who has been handling this civil forfeiture action, has been absent from the office for several weeks due to unexpected health complications. AUSA Ratliff is expected to return to the office early next month.

The undersigned attorney has contacted claimants' attorney Gerardo Linan, and has been advised that this motion for continuance is unopposed.

The United States respectfully moves the Court to continue the pretrial and trial setting in this case for 60 days. The undersigned attorney will, meanwhile, review this case and continue settlement negotiations, as appropriate, during Mr. Ratliff's absence.

This motion is not made for delay only, but that justice may be done.

WHEREFORE, the United States requests this Court enter an order granting the United States' motion for a 60 day continuance.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney

_____ For:
Susan Beth Kempner
Texas Bar No. 11259700
Assistant U.S. Attorney
910 Travis, Suite 1500
P.O. Box 61129
Houston, Texas 77208
Phone: 713-567-9565
Facsimile: 713-718-3404

### CERTIFICATE OF SERVICE

I, Susan Kempner, Assistant United States Attorney, do hereby certify that a true and correct copy of this motion was sent by facsimile to Gerardo Linan the day the motion was filed, facsimile number (956) 504-2451.

_____ for
Susan Kempner