UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff, | § | |
| | § | CIVIL ACTION NO. H-03-00171 |
| v. | | |
| $9500.00 UNITED STATES<br>CURRENCY, et al.<br>Defendant. | § | |

## ORDER

The Court grants the United States' motion to continue the pretrial and trial settings. It is ORDERED:

Pretrial conference is reset for _____.

Jury selection is reset for _____.

DONE in Brownsville, Texas on _____, 2004.

_____
Felix Recio
UNITED STATES MAGISTRATE JUSDGE