UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 22 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff, | § | |
| | § | CIVIL ACTION NO. B-03-00171 |
| v. | | (636(c)) |
| $9500.00 UNITED STATES<br>CURRENCY, et al.<br>Defendant. | § | |

## ORDER

The Court grants the United States' motion to continue the pretrial and trial settings. It is ORDERED:

Pretrial conference is reset for   January 4, 2005, 2:00 p.m.

Jury selection is reset for    January 5, 2005, 9:00 a.m.

DONE in Brownsville, Texas on   October 22   , 2004.

_____
Felix Recio
UNITED STATES MAGISTRATE JUSDGE