UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-03-171 |
| | § | |
| $9,500, U.S. CURRENCY, ET AL. | § | |
| Defendant. | § | |

NOTICE OF SETTLEMENT

United States, Plaintiff, and Hugo Villareal, Claimant, have reached an agreement to settle this case. The parties are completing the required documents for settlement which should be completed and filed within twenty days.

CERTIFICATE OF CONFERENCE

I have conferred with Attorney Gerry Linan, and he concurs with this notice.

/s/ Albert Ratliff
Albert Ratliff

CERTIFICATE OF SERVICE

I certify that a true and correct copy of this notice of settlement was mailed to Attorney Gerry Linan by certified mail, return receipt requested, on December 27, 2004.

/s/ Albert Ratliff
Albert Ratliff

Respectfully submitted,

Michael T. Shelby
United States Attorney

By: /s/ Albert Ratliff
Albert Ratliff
Attorney-in-Charge
NY Bar No. 1073907
SDTX Bar No. 6764
Assistant United States Attorney
United States Attorney's Office
P. O. Box 61129
Houston, Texas 77208
Office (713) 567-9579
Fax (713) 718-3300