UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. B-03-171 |
| $9,500, U.S. Currency, et al. | § | |
| Defendant. | § | |

JOINT MOTION FOR AN AGREED ORDER
OF FORFEITURE AND FINAL JUDGMENT

United States, Plaintiff, and Hugo Villareal, Claimant, move for an agreed order of forfeiture and final judgment. The parties have agreed to the following:

1.     there was probable cause for the seizure of defendant properties;

2.     the following properties will be returned to Hugo Villareal, Claimant:

        a.     1995 Chevrolet Tahoe, VIN 1GNEC13K8SJ449334,

        b.     the Rolex watch from the assorted jewelry,

        c.     $1,000, U.S. Postal Money Order, #91253417894, and

        d.     $2,672.50 by check payable to the order of Attorney Gerry Linan;

3.     the following properties will be forfeited to the United States:

        a.     1994 Chevrolet Silverado, VIN2GCEC19K3R1235985,

        b.     the ring from the assorted jewelry, and

        c.     $6,827.50;

4.     Claimant Hugo Villareal will hold the United States, including its employees,

1

action;

5.    all parties will bear their costs including attorneys' fees;

6.    any relief not specifically granted is denied, and

7.    this is a final judgment.

Signed on _____, at Brownsville, Texas

_____

Felix Recio
United States Magistrate Judge

We agree to the entry of this judgment.

Michael T. Shelby, United States Attorney

By:_____
Albert Ratliff, Attorney-in-Charge
NY Bar No. 1073907
SDTX Bar No. 6764
Assistant United States Attorney
United States Attorney's Office
P. O. Box 61129
Houston, Texas 77208
Office (713) 567-9579
Fax (713) 718-3300

_____
Attorney Gerry Linan
Counsel for Hugo Villareal, Claimant

_____
Hugo Villareal, Claimant

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. B-03-171 |
| $9,500, U.S. Currency, et al. | § | |
| Defendant. | § | |

## AGREED ORDER OF FORFEITURE AND FINAL JUDGMENT

United States, Plaintiff, and Hugo Villareal, Claimant, have settled all matters and have

moved for this order of forfeiture and final judgment.  It is ORDERED that:

1.    there was probable cause for the seizure of defendant properties;

2.    the following properties will be returned to Hugo Villareal, Claimant:

      a.    1995 Chevrolet Tahoe, VIN 1GNEC13K8SJ449334,

      b.    the Rolex watch from the assorted jewelry,

      c.    $1,000, U.S. Postal Money Order, #91253417894, and

      d.    $2,672.50 by check payable to the order of Attorney Gerry Linan.

3.    the following properties are forfeited to the United States:

      a.    1994 Chevrolet Silverado, VIN2GCEC19K3R1235985,

      b.    the ring from the assorted jewelry, and

      c.    $6,827.50.

4.    Claimant Hugo Villareal, will hold the United States, including its employees,

agents, and assignees, harmless for any damages or causes of action relating to this

1

agents, and assignees, harmless for any damages or causes of action relating to this action;

5.      all parties will bear their costs including attorneys' fees;

6.      any relief not specifically granted will be denied;

7.      this will be a final judgment; and

8.      Claimant Hugo Villareal agrees that he will not receive any more money from anyone for the matters asserted or which they could have asserted in this forfeiture proceeding.

Accordingly, United States, Plaintiff, and Hugo Villareal, Claimant, move for entry of the agreed final judgment.

Respectfully submitted,

Michael T. Shelby, United States Attorney

By:_____     Dated: 1/6/05

Albert Ratliff, Attorney-in-Charge
NY Bar No. 1073907, SDTX Bar No. 6764
Assistant United States Attorney
United States Attorney's Office, P. O. Box 61129, Houston, Texas  77208
Office (713) 567-9579, Fax (713) 718-3300

_____     Dated: 12-24-04

Gary Linan
Counsel for Hugo Villareal, Claimant

_____     Dated: 12-22-04

Hugo Villareal, Claimant

2