UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 1 0 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. B-03-171 |
| $9,500, U.S. Currency, et al. | § | (636(c)) |
| Defendant. | § | |

## AGREED ORDER OF FORFEITURE AND FINAL JUDGMENT

United States, Plaintiff, and Hugo Villareal, Claimant, have settled all matters and have

moved for this order of forfeiture and final judgment.  It is ORDERED that:

1.    there was probable cause for the seizure of defendant properties;

2.    the following properties will be returned to Hugo Villareal, Claimant:

    a.    1995 Chevrolet Tahoe, VIN 1GNEC13K8SJ449334,

    b.    the Rolex watch from the assorted jewelry,

    c.    $1,000, U.S. Postal Money Order, #91253417894, and

    d.    $2,672.50 by check payable to the order of Attorney Gerry Linan.

3.    the following properties are forfeited to the United States:

    a.    1994 Chevrolet Silverado, VIN2GCEC19K3R1235985,

    b.    the ring from the assorted jewelry, and

    c.    $6,827.50.

4.    Claimant Hugo Villareal, will hold the United States, including its employees,

    agents, and assignees, harmless for any damages or causes of action relating to this

1

action;

5.    all parties will bear their costs including attorneys' fees;

6.    any relief not specifically granted is denied, and

7.    this is a final judgment.

Signed on 10th of January 2005 at Brownsville, Texas

Felix Recio
United States Magistrate Judge

We agree to the entry of this judgment.

Michael T. Shelby, United States Attorney

By:
Albert Ratliff, Attorney-in-Charge
NY Bar No. 1073907
SDTX Bar No. 6764
Assistant United States Attorney
United States Attorney's Office
P. O. Box 61129
Houston, Texas 77208
Office (713) 567-9579
Fax (713) 718-3300

Attorney Gerry Linan
Counsel for Hugo Villareal, Claimant

Hugo Villareal, Claimant

2