| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN |
|---|---|

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>B-03-171 |
|---|---|
| $9,500.00, U.S. Currency, $1,000, U.S. Postal Money Order, Assorted Jewelry, 1995 Chevrolet Tahoe, 1994 Chevrolet Silverado | TYPE OF PROCESS<br>DISPOSITION |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
U.S.M.S.

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

Albert Ratliff
Assistant United States Attorney
Office of the United States Attorney
PO Box 61129
Houston, Texas 77208-1129

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, Telephone Numbers, and Estimated Times Available For Service)

**PLEASE DISPOSE OF THE DEFENDANT PROPERTY PER THE ATTACHED ORDER**

RETURN TO CLAIMANT:
1. 1995 Chevrolet Tahoe
2. Rolex Watch
3. $1,000 U.S. Postal money order
4. $2,672.50 by check payable to the order of Attorney Gerry Linan

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER (713) 567-9579
DATE September 16, 2003 1/11/2005

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt... | Total Process No. 1 | District of Origin No. 79 | District to Serve No. 79 | Signature of Authorized USMS Deputy or Clerk<br>Barbara Lane | Date 01-18-05 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above).

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service 01-24-05    Time 12:05 pm

Signature of U.S. Marshal or Deputy
Brett Thomas, SDUSM

| Service Fee<br>$45.00 | Total Mileage Charges (including endeavors)<br>— | Forwarding Fee<br>— | Total Charges<br>$45.00 | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|

REMARKS:
01/14/05...Transferred $6,827.50 to the Asset Forfeiture Fund
01/21/05...Paid $2,672.50 to Gerardo E. Linan and returned in check form $1,000.00 (money order)

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM 285 (Rev. 12/15/80)

WHITE    Make (5) copies when form is signed. SEND ORIGINAL + 4 COPIES to USMS. Retain Copy #5 for your file.
PINK    YELLOW    BLUE    GREEN

**CLERK**

**U.S. Department of Justice**
**U.S. Marshals Service**

# VOUCHER AND SCHEDULE OF PAYMENTS

| DEPARTMENT OR ESTABLISHMENT | DEPT. OF JUSTICE | D.O. VOU NO 2225 |
|---|---|---|
| BUREAU OR OFFICE | U.S. MARSHALS SERVICE | |
| LOCATION OF TRANSMITTING OFFICE | 333 Clay Street, Ste 3050, Houston, TX 77002 | |

PURSUANT TO AUTHORITY VESTED IN ME I CERTIFY THAT THE ITEMS LISTED HEREIN ARE CORRECT AND PROPER FOR PAYMENT FROM THE APPROPRIATION (S) DESIGNATED HEREON OR ON SUPPORTING VOUCHERS

PAID BY
Check Num. 325479
Date 1/21/05

1/20/2005
DATE

Original Signed By:
Carolyn Kay, PMS, S/TX
AUTHORIZED CERTIFYING OFFICER

**APPROPRIATION SUMMARY**

15 x 6874 o/c 4502          $3,672.50

| SHEET | OF | AGENCY STATION NO. | SCHEDULE NUMBER | FOR D.O. USE ONLY |
|---|---|---|---|---|
| GRAND TOTAL | | NO-CHECK TOTAL | | |
| $3,672.50 | | | | |

MEMORANDUM

BROWNSVILLE, TEXAS

| PAYEE AND IF NECESSARY, ADDRESS, INVOICE NUMBER, OTHER IDENTIFICATION | | AMOUNT | NO Check | VOUCHER NO |
|---|---|---|---|---|
| LINES 1,3,5, AND 7 | LINES 2,4,6, AND 8 | | | |
| Make check payabe to:<br><br>Gerardo Ernesto Linan<br>for Hugo Villareal<br>847 E. Harrison<br>Brownsville, TX 78520 | RE: DEA Case # M9-01-0026<br>Seizure of $9,500.00 in U.S. Currency et al<br>Claimant: Hugo Villareal<br><br>Pursuant to the Agreed Order of Forfeiture and Final Judgment in CV No. B-03-171, return $1,000.00 Money Order and $2,672.50 of the seized currency to claimant.<br><br>03-DEA-419861    $1,000.00<br>03-DEA-419856    $2,672.50 | $3,672.50 | | |

| D.O. Check Number | Beginning | Ending | BEGINNING | ENDING |
|---|---|---|---|---|
| Use For First Check Serial Number Range | | | Use For Second Check Serial Number Range, If Applicable | |

USMS Form 556 Rev. 6/86

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. B-03-171 |
| $9,500, U.S. Currency, et al. | § | (636(c)) |
| Defendant. | § | |

### AGREED ORDER OF FORFEITURE AND FINAL JUDGMENT

United States, Plaintiff, and Hugo Villareal, Claimant, have settled all matters and have moved for this order of forfeiture and final judgment. It is ORDERED that:

1. there was probable cause for the seizure of defendant properties;

2. the following properties will be returned to Hugo Villareal, Claimant:

   a. 1995 Chevrolet Tahoe, VIN 1GNEC13K8SJ449334,

   b. the Rolex watch from the assorted jewelry,

   c. $1,000, U.S. Postal Money Order, #91253417894, and

   d. $2,672.50 by check payable to the order of Attorney Gerry Linan.

3. the following properties are forfeited to the United States:

   a. 1994 Chevrolet Silverado, VIN2GCEC19K3R1235985,

   b. the ring from the assorted jewelry, and

   c. $6,827.50.

4. Claimant Hugo Villareal, will hold the United States, including its employees, agents, and assignees, harmless for any damages or causes of action relating to this

1

action;

5. all parties will bear their costs including attorneys' fees;

6. any relief not specifically granted is denied, and

7. this is a final judgment.

Signed on 10th day of January 2005 at Brownsville, Texas

_____
Felix Recio
United States Magistrate Judge

We agree to the entry of this judgment.

Michael T. Shelby, United States Attorney

By: _____
Albert Ratliff, Attorney-in-Charge
NY Bar No. 1073907
SDTX Bar No. 6764
Assistant United States Attorney
United States Attorney's Office
P. O. Box 61129
Houston, Texas 77208
Office (713) 567-9579
Fax (713) 718-3300

_____
Attorney Gerry Linan
Counsel for Hugo Villareal, Claimant

_____
Hugo Villareal, Claimant

2